**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: July 27, 2016**

_____

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION - CINCINNATI
In re:
                                    :      Case No. 15-14845
     Nicholas W. Burnett            :      Chapter 13
     Elizabeth K. Burnett           :      Judge Hopkins
     Debtors                        :
                                    :      ORDER  GRANTING  OBJECTION  TO
                                    :      PROOF  OF  CLAIM  OF  UNITED
                                    :      CONSUMER FINANCIAL SERVICES
                                    :      (CLAIM #25-1)
```

This matter is before the Court on Debtors' Objection to Proof of Claim of United Consumer Financial Services (UCFS Kirby Cleaning system)(Claim 25-1) ("Objection")(Doc. 36). The grounds for the relief sought are set forth in the Objection. The Creditor was served with a copy of the Objection and given adequate time to respond to the allegations set forth in the Objection. For good cause shown and such Creditor not disputing the allegations contained in the Objection, the Objection is granted. The claim of United Consumer Financial Services (claim #25-1)shall be allowed as secured in the amount of $179.10 and unsecured in the amount of $1,068.05.

```
Copies to: Default List

United Consumer Financial Services
c/o Bass & Associates
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ 85712
                                    ###
```